POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Joseph R. Manning, Jr SBN #223381    Michael J Manning SBN 286879<br>MANNING LAW APC<br>20062 SW Birch St #200<br>Newport Beach, CA 92660<br><br>TELEPHONE NO. 949-200-8755    FAX NO. *(Optional):* 866-843-8308<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff James Rutherford  an individual | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Diego
STREET ADDRESS: 221 W Broadway
MAILING ADDRESS: same
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Southern District of California

| PLAINTIFF/PETITIONER: James Rutherford , an individual | CASE NUMBER:<br>3:19 cv 01416 *LAB-JLB* |
|---|---|
| DEFENDANT/RESPONDENT: Cesar's Mexican Restaurant, LLC, a California limited liability company | |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>*APAA - 019.435* |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ summons

   b. ☑ complaint    *-Second Amended complaint*

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*

      Arnoldo Vargas, an individual

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 5322 Rio Plata Drive  Oceanside, CA 92057

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*                    (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* 9/18/2019    at *(time):* 1:45 PM    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      Jose Doe-( Hispanic male 45 yrs old bold brown eyes 5'7' 170 lbs )authorized to accept

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☑ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 9-20-19  from *(city):* Anaheim CA    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: James Rutherford , an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Cesar's Mexican Restaurant. LLC. a California limited liability company | 3:19 cv 01416 LMB-JLB |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                       (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                ☐ other:

7. **Person who served papers**
  a. Name: Adriana M Achucarro
  b. Address: 2390 E Orangewood Ave #530. Anaheim. CA 92806
  c. Telephone number: 949-305-9108
  d. **The fee** for service was: $ 35.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server.
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 2898
      (iii) County: Orange

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/1/2019

Adriana M Achucarro
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶      *(signature)*    (SIGNATURE )