UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>                    Plaintiff,<br><br>v.<br><br>CESAR'S MEXICAN RESTAURANT, LLC, et al.,<br><br>                    Defendants. | Case No.: 19cv1416-LAB (JLB)<br><br>**ORDER TO SHOW CAUSE RE: NEED FOR INJUNCTIVE RELIEF** |

    Plaintiff James Rutherford brought claims under the Americans with Disabilities Act (ADA) for conditions in the parking lot at Santa Ana Fresh Mexican restaurant in Vista, California.

    Since then, the COVID-19 emergency has led to restrictions on restaurants, and those restaurants that are open are limiting their mode of service, either voluntarily or because state or local authorities require them to do so.  For example, a number of restaurants are restricting business to curbside pickup, drive-through, or home delivery.

    It is unknown whether conditions in the parking lot are currently deterring Rutherford from returning or whether he would be deprived of equal access if he were to go there.

The availability of injunctive relief is central to the Court's subject matter jurisdiction. So that the Court can assess the present need for injunctive relief, Rutherford is **ORDERED** to determine whether he is currently willing and able to visit the restaurant. If his health would not permit him to visit the restaurant, or for any other reason does not need injunctive relief immediately, he need not investigate further, but may simply file a notice so stating.

Otherwise, he must investigate and determine whether the restaurant is open for business, and if so how it is operating. Specifically, he should determine whether he would need to exit his vehicle in order to buy food. Rutherford should then file a memorandum, supported by a declaration, showing that injunctive relief is presently available and needed. If there are multiple ways Rutherford could buy food, the memorandum should identify them. The memorandum should focus on these issues; the Court is not soliciting argument on jurisdiction generally or on other matters.

Whichever option he chooses, he must comply by **July 27, 2020**.

**IT IS SO ORDERED**.

Dated: July 6, 2020

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge